**Order entered November 8, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01064-CV

### SM ARCHITECTS, PLLC AND ROGER STEPHENS, Appellants

### V.

### AMX VETERAN SPECIALTY SERVICES, LLC, Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-11230**

## ORDER

Appellants' motion to strike appellee's post oral argument brief is **GRANTED**. Appellee's post oral argument brief is **STRICKEN** from the appellate record and will not be considered by this Court.

/s/     MOLLY FRANCIS
        JUSTICE